IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES YOUNG WASHINGTON *

Plaintiff *

v * Civil Action No. WDQ-11-966

SCOTT WHITNEY *

Defendant *

\*\*\*

MEMORANDUM

The above-captioned case was filed on April 13, 2011, together with a Motion to Proceed in Forma Pauperis. ECF No. 2. Because he appears to be indigent, Plaintiff's motion shall be granted.

Plaintiff alleges that on June 12, 2009, the Office of the Public Defender charged him $59.75 to purchase a copy of his trial and sentencing transcripts. ECF No. 1 at p. 5. He states he paid the fee, but has not yet received a copy of the transcripts which were to be copied from his post-conviction file. *Id.* at p. 4.

The Complaint does not state a federal claim. Public defenders do not act under color of state law when representing criminal defendants. *See Polk County v. Dodson*, 454 U.S. 312, 453 – 54 (1981). At most, the Complaint alleges a breach of contract, a matter that should be addressed in the appropriate state court.

The Complaint shall be dismissed without prejudice by separate Order which follows.

_4/29/11_  
Date

_____  
William D. Quarles, Jr.  
United States District Judge